UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER DEGROSS et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ROSS HUNTER et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:24-cv-05225-DGE<br><br>ORDER ON MOTION FOR EXTENSION (DKT. NO. 26) |

Before the Court is Defendants' motion requesting a four-month extension of initial case deadlines.  (Dkt. No. 26.)  Defendants maintain the extension will allow the parties to focus on the three months of jurisdictional discovery afforded by Judge Bryan's order denying Defendants' motion to dismiss without prejudice (Dkt. No. 25 at 7–8), without needing to "simultaneously embark on [a] separate track[]" of "broader discovery."  (Dkt. No. 26 at 2.)  Plaintiffs do not respond.

The Court GRANTS Defendants' motion.  The initial case deadlines and scheduling conference date are modified as follows:

ORDER ON MOTION FOR EXTENSION (DKT. NO. 26) - 1

| | | |
|---|---|---|
| 1 | Deadline for FRCP 26(f) Conference: | 12/02/2024 |
| 2 | Initial Disclosure Deadlines | 12/09/2024 |
| 3 | Joint Status Report | 12/16/2024 |
| 4 | Scheduling Conference | 12/18/2024 at 9:00 via Zoom |

Dated this 2nd day of August 2024.

David G. Estudillo
United States District Judge