**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| JENNIFER DEGROSS and SHANE DEGROSS,<br><br>                *Plaintiffs,*<br><br>v.<br><br>ROSS HUNTER, in his personal capacity and in his official capacity as Secretary of the Washington State Department of Children, Youth, and Families, NATALIE GREEN, in her official capacity as Assistant Secretary of Child Welfare Field Operations, RUBEN REEVES, in his official capacity as Assistant Secretary for Licensing, and JEANINE TACCHINI, in her official capacity as Senior Administrator of Foster Care Licensing,<br><br>                *Defendants.* | Case no.: 3:24-CV-05225-DGE<br><br>The Honorable David G. Estudillo<br><br><br>**ORDER** |

ORDER
(CASE NO.: 3:24-CV-05225)
1

Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655

# ORDER

Having reviewed the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED:

1. All proceedings in this matter will remain stayed and the parties are instructed to update the Court no later than April 7, 2025 on the status of a potential settlement.

IT IS SO ORDERED.

DATED this 7th day of January 2025.

David G. Estudillo
United States District Judge

Presented by:

*s/ Conrad Reynoldson*
Conrad Reynoldson
WA Bar No. 48187
Washington Civil & Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
206.428.3172
conrad@wacda.com

Jonathan A. Scruggs*
AZ Bar No. 030505
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
jscruggs@adflegal.org

ORDER
(CASE NO.: 3:24-CV-05225)
2

Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655

1  Johannes Widmalm-Delphonse*
   VA Bar No. 96040
2  Alliance Defending Freedom
   44180 Riverside Pkwy
3  Lansdowne, VA 20176
   571.707.4655
4  jwidmalmdelphonse@adflegal.org

5
   *Counsel for Plaintiffs*
6  *Admitted Pro Hac Vice*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
(CASE NO.: 3:24-CV-05225)
3

Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655